# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**FRANKLIN D. HOOD,**

   **Plaintiff,**   **:**

  **v.**         **Case No. 2:25-cv-120**
             **Chief Judge Sarah D. Morrison**
             **Magistrate Judge Karen L.**
**VINCENT CORE, FRANKLIN**   **Litkovitz**
**COUNTY PUBLIC DEFENDER,** **:**

   **Defendant.**

## ORDER

   This matter is before the Court on the Report and Recommendation issued by the Magistrate Judge on March 3, 2025. (R&R, ECF No. 4.) After performing an initial screen of the Complaint pursuant to 28 U.S.C. § 1915A, the Magistrate Judge recommended that the Court dismiss Mr. Hood's federal claims for failure to state a claim upon which relief may be granted, and decline to exercise supplemental jurisdiction over Mr. Hood's state-law claims. (R&R.) The time for filing objections has now passed and no objections were filed.[1]

   The Report and Recommendation is **ADOPTED** and **AFFIRMED**. Mr. Hood's Complaint is **DISMISSED**. The Clerk is **DIRECTED** to **TERMINATE** this case from the docket.

   **IT IS SO ORDERED.**

        /s/ Sarah D. Morrison
        **SARAH D. MORRISON, CHIEF JUDGE**
        **UNITED STATES DISTRICT COURT**

---

[1] The R&R was mailed to Mr. Hood on March 3, 2025, but was returned as undeliverable. The Court discovered on its own review that Mr. Hood had been transferred to a new facility. (*See* ECF No. 6.) The R&R was mailed to Mr. Hood at the new facility on March 27, 2025. (*Id.*) To date, Mr. Hood has neither updated his address nor filed objections.